# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

J & J SPORTS PRODUCTIONS, INC.,

Plaintiff(s),

v.

MANUEL AVILA, et al.,

Defendant(s).

2:13-CV-763 JCM (CWH)

# ORDER

Presently before the court is the matter of *J&J Sports Productions, Inc., v. Avila, et al*, case no. 2:13-cv-763-JCM-CWH.

The court has previously directed plaintiff to show cause why this matter should not be dismissed. *See* Order, doc. # 15; *see also* Minutes of Proceedings, docs. # 18, 19. Plaintiff has now submitted a response indicating that it will not oppose the court's order and consenting to dismissal. *See* doc. # 20.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that this matter be, and the same hereby is, DISMISSED with prejudice. The clerk shall enter judgment accordingly and close the case.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1     IT IS FURTHER ORDERED that the show cause hearing currently scheduled for July 16, 2014, be, and the same hereby is, VACATED.

    DATED July 15, 2014.

_____
UNITED STATES DISTRICT JUDGE